25-
CR 212 · JMB

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INFORMATION** |
| Plaintiff, | 18 U.S.C. § 2252(a)(4)(B) |
| | 18 U.S.C. § 2252(b)(2) |
| v. | 18 U.S.C. § 2253 |
| JEREMY LEE KLEPPERICH, | |
| Defendant. | |

SCANNED
MAY 2 7 2025
U.S. DISTRICT COURT MPLS

THE ACTING UNITED STATES ATTORNEY CHARGES THAT:

**COUNT 1**
(Possession of Child Pornography)

On or about February 6, 2025, in the State and District of Minnesota, the defendant,

**JEREMY LEE KLEPPERICH,**

having been previously convicted in the U.S. District Court for the District of Minnesota, on or about March 6, 2013, for Possession of Child Pornography, in violation of 18 U.S.C. §§ 2252(a)(4)(B) and 2252(b)(2), did knowingly possess one or more matters which contained visual depictions that had been mailed, shipped, and transported using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, where the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct, including, but not limited to, a seven second video file with a title ending –"6yo

girl vibrator Orgasms.avi" that depicts a prepubescent minor girl placing a vibrator on her unclothed vagina; all in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

## FORFEITURE ALLEGATIONS

Counts 1 of this Information is hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2253(a).

As a result of the foregoing offenses, the defendant, shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253(a):

(1) any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110 of Title 18, United States Code, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Chapter 110 of Title 18, United States Code;

(2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

(3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, including but not limited to a TCL ION V Android cell phone, IMEI# 016324004655127 that was seized on or about February 6, 2025.

If the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b).

All in violation of Title 18, United States Code, Sections 18 U.S.C. §§ 2252(a)(2), 2252(a)(4)(B), 2252(b)(1), 2252(b)(2), and 2253(a).

Dated: May 27, 2025

LISA D. KIRKPATRICK
Acting U.S. Attorney

*/s/ Ruth Shnider*
RUTH S. SHNIDER
Assistant U.S. Attorney
DC Attorney ID No. 90021919